No. 674, Misc. IN RE L. G. Dist. Ct. App. Fla., 4th Dist. Certiorari denied. *James M. Russ* for petitioner. *Earl Faircloth,* Attorney General of Florida, and *James M. Adams,* Assistant Attorney General, in opposition.

No. 679, Misc. SMITH *v.* COX, PENITENTIARY SUPERINTENDENT. Sup. Ct. App. Va. Certiorari denied. *Reno S. Harp III,* Assistant Attorney General of Virginia, for respondent.

No. 724, Misc. MORSE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Frank L. Eddens, Jr.,* for petitioner. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Frederick R. Millar, Jr.,* Deputy Attorney General, for respondent.

No. 753, Misc. JOHNSON *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for the United States.

No. 766, Misc. GARCIA *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Robert J. Polis,* Deputy Attorney General, for respondent.

No. 916, Misc. GRAY *v.* MARYLAND. Ct. App. Md. Certiorari denied. *Karl G. Feissner* for petitioner. *Francis B. Burch,* Attorney General of Maryland, *Edward F. Borgerding,* First Assistant Attorney General, and *Thomas N. Biddison, Jr.,* Assistant Attorney General, for respondent.